# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Edward Kelly Bauman
La Appellate Project
P. O. Box 1641
Lake Charles LA 70602-1641

Larry Joseph McKithern
Louisiana State Prison DOC No. 120352
Camp D Falcon 3
Angola LA 70712

## REHEARING ACTION: June 13, 2012

**Docket Number: 11   01111-KA**

**STATE OF LOUISIANA
VERSUS
LARRY J. MCKITHERN**

**Appealed from Calcasieu Parish Case No. 25391-09**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux
Hon. Sylvia R. Cooks
Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Larry Joseph McKithern** has this day been

    **DENIED.**

cc: John Foster DeRosier, Counsel for the Appellee
   Karen C. McLellan, Counsel for the Appellee
   Carla Sue Sigler, Counsel for the Appellee